UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 08-94-JBC

RONALD CHADWELL, PLAINTIFF,

V. JUDGMENT

MICHAEL J. ASTRUE, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION, DEFENDANT.

* * * * * * * * * *

Pursuant to Federal Rule of Civil Procedure 58, the court **ORDERS** and **ADJUDGES**:

(1) The administrative decision is **REVERSED**, and this action is **REMANDED** for further consideration by the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) so that an administrative law judge can apply the provisions of 20 C.F.R. § 404.1564(b) to make findings regarding the educational abilities of the plaintiff and then determine whether the plaintiff can perform other work in the national economy; and

(2) This action is **STRICKEN** from the court's active docket.

Signed on  August 10, 2009



JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY